Myron E. Harrison, Appellant, v. Bertram D. Jacobs, Respondent.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., not voting.

Charles J. Bellinger, Respondent, v. William S. Rice, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Held, that the affidavit upon which the order was granted was insufficient. All concurred, except McLennan, P. J., not voting.

In the Matter of the Application of Josephine M. Omphalius and Others, Respondents, to Compel George W. Pound, an Attorney, to Pay Over Certain Moneys, etc., Appellant.— Motion to dismiss appeal granted, with ten dollars' costs, unless the appellant shall, within twenty days from the date of service of a copy of this order, together with notice of entry thereof, file and serve the printed papers on appeal as provided by rule 41,* and pay to the respondent's attorney ten dollars costs of this motion, in which event said motion is denied, without costs.

Village of Carthage v. Central New York Telephone and Telegraph Company.— Motion for leave to appeal to the Court of Appeals granted and question certified to that court for review.

In the Matter of the Appointment of Two Trustees of the City and County Hall for the Use of the City of Buffalo and the County of Erie.— Order entered appointing Henry V. Bisgood of the city of Buffalo and Frank R. Whaley of East Aurora trustees for the term of six years, ending May 2, 1912.

James H. Brown, Appellant, v. George H. Palmer, Respondent.— Decision of this court amended by striking out the provision directing a new trial in Municipal Court and by awarding costs to the plaintiff, appellant, on the appeal to the County Court and to this court, also striking out provision for settlement of order.

Arthur M. Greene, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Judgment and order reversed and new trial ordered, with costs to the appellant to abide event, upon the ground that the question of defendant's negligence should have been submitted to the jury. All concurred.

Charles McManus, an Infant, by Alice McManus, His Guardian ad Litem, Respondent, v. St. Regis Paper Company, Appellant.— Judgment and order affirmed, with costs, on opinion of McLennan, P. J., in same case on former appeal, reported in 107 Appellate Division, 29. All concurred, except Williams and Nash, JJ., who dissented on authority of Foster v. International Paper Co. (183 N. Y. 45).

Porter D. Smith, as Administrator, etc., of Amy A. Smith, Deceased, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented. Nash, J., not sitting.

Jane M. Perry, Respondent, v. Village of Newport, Appellant.— Judgment and order affirmed, with costs. All concurred.

George Hall, Respondent, v. The New York, Chicago and St. Louis Railroad Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event. McLennan, P. J., and Nash, J., voted for reversal, on the ground that plaintiff, as matter of law, failed to establish freedom from contributory negligence. Spring and Williams, JJ., voted for reversal on the ground that the verdict is contrary to the evidence both as to the negligence of the defendant and contributory negligence of the plaintiff. Kruse, J., dissented and voted for affirmance.

Henry Ehde, Appellant, v. Cornelius G. Golde, Respondent.— Judgment and order affirmed, with costs. All concurred.

James R. Russell, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented upon the ground that the failure to furnish explosives was not the proximate cause of the accident.

* General Rules of Practice.— [REP.